BEFORE THE THIRD DIVISION, JULY 25, 1938

**No. 39084.**—Protest 642585–G of Wells Fargo Co. of Arizona (Nogales).

Opinion by CLINE, J. There was nothing in the record in support of the claims made. The protest was therefore overruled.

**No. 39085.**—Protest 907249–G of V. J. Hammer (New York).

Opinion by CLINE, J. No evidence was offered in support of the claims made. The protest was therefore overruled.

**No. 39086.**—Petition 5603–R of J. W. Elwood (Omaha).

Opinion by CLINE, J. The petition was dismissed.

**No. 39087.**—Petition 5664–R of Amerlux Steel Corp. (Los Angeles).

Opinion by CLINE, J. The petition was dismissed.

**No. 39088.**—Protest 711523–G of T. Saji Co. (Los Angeles).

Opinion by KEEFE, J. It was stipulated that the merchandise consists of incense similar to that the subject of Abstract 28313. The claim for free entry as joss stick or joss light under paragraph 1600 was therefore sustained.

**No. 39089.**—Protests 886388–G, etc., of Ignaz Strauss & Co., Inc. (New York).

Opinion by KEEFE, J. It was stipulated that the merchandise consists of wood stands similar to those passed upon in *Kwong* v. *United States* (T. D. 49409). The claim at 33⅓ percent under paragraph 412 was therefore sustained.

BEFORE THE FIRST DIVISION, JULY 26, 1938

**No. 39090.**—Protest 813029–G/84227 of Ernest E. Marks Co. (Chicago).

Opinion by McCLELLAND, P. J. It was stipulated that the merchandise consists of lavender flowers similar to those involved in Abstract 36963. The claim for free entry under paragraph 1722 was therefore sustained.

**No. 39091.**—Protest 870474–G of Geo. D. Emery Co. (New York).

Opinion by McCLELLAND, P. J. In accordance with stipulation of counsel it was found that the correct measurement of the balsa wood in question was 53,053 feet. The protest was sustained to that extent.